No. 01–5679. ROMANSKY v. FRANK, DEPUTY SUPERINTEND-ENT, FACILITY MANAGEMENT, STATE CORRECTIONAL INSTITU-TION AT CRESSON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–5681. ROJAS v. GARRAGHTY, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–5682. MARQUEZ v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–5683. BARRERA PADILLA v. TEXAS. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 01–5687. VOHRA v. WORKERS' COMPENSATION APPEALS BOARD OF CALIFORNIA ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 01–5690. TROWBRIDGE v. HANKS, SUPERINTENDENT, WA-BASH VALLEY CORRECTIONAL FACILITY. C. A. 7th Cir. Certio-rari denied.

No. 01–5691. PATTERSON v. INDIANA. Ct. App. Ind. Certio-rari denied.

No. 01–5693. SHEARIN v. BOARD ON PROFESSIONAL RESPONSI-BILITY OF THE SUPREME COURT OF DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 01–5694. JOHNSON v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certio-rari denied.

No. 01–5697. O'NEILL v. BURKS ET AL. C. A. 7th Cir. Cer-tiorari denied.

No. 01–5698. HAMMONDS v. ROE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–5709. SULKEY v. BENNETT, SUPERINTENDENT, ELMIRA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–5711. STROM v. CABLE ET AL. C. A. 9th Cir. Certio-rari denied.

No. 01–5716. WILSON v. BOISE ET AL. C. A. 5th Cir. Certio-rari denied.